UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Smith,             Civil No. 18-96 (DWF/SER)

       Plaintiff,

v.                                          **ORDER FOR DISMISSAL WITH PREJUDICE**

Glenn Lane Chicken, LLC; and
McNutt Real Estate Holdings, LLC,

       Defendants.

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on February 26, 2019, (Doc. No. [18]),

Accordingly, based upon the foregoing and all the files and records herein, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

Dated: February 27, 2019      s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge